UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 13-40091-399 |
| | : | |
| Shell J. Sharp, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | |
| MICHAEL HOLMES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adversary No. 17-04060-399 |
| | : | |
| Shell J. Sharp | : | |
| | : | |
| Defendant. | : | |
| | : | |
| : : : : : : : : : : : : : : : : : : : : : : : : : | | |

## **NOTICE**

NOW COMES Plaintiff, MICHAEL HOLMES, by and through his attorneys, LOEVY& LOEVY, and provides the following Notice:

1. On October 13, 2107, in *Michael Holmes v. Bobby Lee Garrett*, No. 17-1309 (8th Cir., pending), the Clerk of Court, in granting their motion for an extension of time to file, ordered that the Reply brief of Bobby Lee Garrett and Shell Sharp is due on October 25, 2017.

2. In addition, and also on October, 13, 2017, the Court issued a notice that *Michael Holmes v. Bobby Lee Garrett*, No. 17-1309 (8th Cir., pending), has been

screened for oral argument, though the exact date of the oral argument has not been set.

          Respectfully submitted,

          /s/ David B. Owens
          Attorney for Plaintiff

David B. Owens
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
(312) 243-5900

2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on counsel of record on October 16, 2017 via the Court's CM/ECF filing system.

                                         /s/ David B. Owens