UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 13-40091-399 |
| | : | |
| Shell J. Sharp, | : | Chapter 7 |
| | : | |
| Debtor. | : | |

_____

| | | |
|---|---|---|
| | : | |
| MICHAEL HOLMES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adversary No. 17-04060-399 |
| | : | |
| Shell J. Sharp | : | |
| | : | |
| Defendant. | : | |
| : : : : : : : : : : : : : : : : : : : : : : : : | | |

### ORDER DENYING PLAINTIFF'S
### MOTION TO DISMISS WITHOUT PREJUDICE
### AND SCHEDULING ORDER

Now before the Court is Plaintiff's motion to dismiss this adversary action without prejudice to reinstatement without payment of any further filing fee, and for determination of dischargeability if and when any federal court judgment becomes final. [Dkt. 20]. Upon careful consideration, it is hereby

**ORDERED** that the motion to dismiss, Dkt. 20, is **DENIED.** It is further

**ORDERED** that:

1. The trial setting of October 23, 2017, is **VACATED**, subject to being reset by further order of this Court.

2. Counsel for Mr. Holmes shall advise the Court as well as counsel for Sharp, David Gunn, of any developments that transpire in *Michael Holmes v. Bobby Lee Garrett*, No. 17-1309 (8th Cir., pending). Notification shall be a notice filed on the docket of this adversary proceeding, which must be filed within one business day following any such development.

3. Either party, depending on the outcome of the action pending before the Eighth Circuit, may file a motion seeking a ruling based on principles of preclusion.

DATED:  October 17, 2017         /s/ Barry S. Schermer
St. Louis, Missouri              Barry S. Schermer
cke                              United States Bankruptcy Judge


Order Prepared By:

David B. Owens
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607

Copies to:

David B. Owens
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607

David Nelson Gunn
The Consumer Law Center of Saint Louis
DBA The Bankruptcy Company LLC
2025 S. Brentwood, Ste 206
Brentwood, MO 63144

Shell J. Sharp
4324 Beethoven Ave
St Louis, MO 63116

Sharis R. Sharp
4324 Beethoven Ave
St Louis, MO 63116

United States Trustee
U.S. Courthouse
111 S. 10th Street
Suite 6353
St. Louis, MO 63102

Trustee
Kristin J Conwell
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156