UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 13-40091-399 |
| | : | |
| Shell J. Sharp, | : | Chapter 7 |
| | : | |
|     Debtor. | : | |

_____

| | | |
|---|---|---|
| | : | |
| MICHAEL HOLMES, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
|     vs. | : | Adversary No. 17-04060-399 |
| | : | |
| Shell J. Sharp | : | |
| | : | |
|     Defendant. | : | |

: : : : : : : : : : : : : : : : : : : : : : : :

**ORDER DENYING PLAINTIFF'S
MOTION TO DISMISS WITHOUT PREJUDICE
AND SCHEDULING ORDER**

Now before the Court is Plaintiff's motion to dismiss this adversary action without prejudice to reinstatement without payment of any further filing fee, and for determination of dischargeability if and when any federal court judgment becomes final. [Dkt. 20]. Upon careful consideration, it is hereby

**ORDERED** that the motion to dismiss, Dkt. 20, is **DENIED.** It is further

**ORDERED** that:

1. The trial setting of October 23, 2017, is **VACATED**, subject to being reset by further order of this Court.

2. Counsel for Mr. Holmes shall advise the Court as well as counsel for Sharp, David Gunn, of any developments that transpire in *Michael Holmes v. Bobby Lee Garrett*, No. 17-1309 (8th Cir., pending). Notification shall be a notice filed on the docket of this adversary proceeding, which must be filed within one business day following any such development.

3. Either party, depending on the outcome of the action pending before the Eighth Circuit, may file a motion seeking a ruling based on principles of preclusion.

DATED: October 17, 2017
St. Louis, Missouri

cke

                                      Barry S. Schermer
                                      United States Bankruptcy Judge

Order Prepared By:

David B. Owens
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607

2

Copies to:

David B. Owens
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607

David Nelson Gunn
The Consumer Law Center of Saint Louis
DBA The Bankruptcy Company LLC
2025 S. Brentwood, Ste 206
Brentwood, MO 63144

Shell J. Sharp
4324 Beethoven Ave
St Louis, MO 63116

Sharis R. Sharp
4324 Beethoven Ave
St Louis, MO 63116

United States Trustee
U.S. Courthouse
111 S. 10th Street
Suite 6353
St. Louis, MO 63102

Trustee
Kristin J Conwell
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156

United States Bankruptcy Court
Eastern District of Missouri

Holmes,
    Plaintiff                                                          Adv. Proc. No. 17-04060-bss

Sharp,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0865-4            User: pass            Page 1 of 1            Date Rcvd: Oct 17, 2017
                             Form ID: pdfo1        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
              +Sharis R. Sharp,    4324 Beethoven Ave.,    St. Louis, MO 63116-1512
dft          +Shell J. Sharp,    4324 Beethoven Ave,    St Louis, MO 63116-1512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion13.sl.ecf@usdoj.gov Oct 18 2017 00:06:24     Office of US Trustee,
              111 S Tenth St, Ste 6.353,    St. Louis, MO 63102-1127
ust            +E-mail/Text: ustpregion13.sl.ecf@usdoj.gov Oct 18 2017 00:06:24     Paul A. Randolph,
              Office of U.S. Trustee,    111 S. 10th St., Ste. 6353,    St. Louis, MO 63102-1125
              +E-mail/Text: kconwell@conwellfirm.com Oct 18 2017 00:06:01     Kristin J. Conwell,
              PO Box 56550,    St. Louis, MO 63156-0550
                                                                                                                           TOTAL: 3

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
           David B. Owens    on behalf of Plaintiff Michael  Holmes david@loevy.com,
            holmes@loevy.com;anne@loevy.com
           David Nelson Gunn    on behalf of Defendant Shell J. Sharp generalmail@thebkco.com,
            clcstlecf@gmail.com,stlouistbcwam@gmail.com;r51538@notify.bestcase.com
                                                                                                                TOTAL: 2