UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 13-40091-399 |
| | : | |
| Shell J. Sharp, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | |
| MICHAEL HOLMES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adversary No. 17-04060-399 |
| | : | |
| Shell J. Sharp | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE

NOW COMES Plaintiff, MICHAEL HOLMES, by and through his attorneys, LOEVY& LOEVY, and provides the following Notice:

1. This action is currently stayed, given the appeal of a civil-rights judgment against Debtor Shell Sharp, *Michael Holmes v. Bobby Lee Garrett*, No. 17-1309 (8th Cir., pending).

2. The Eighth Circuit has now affirmed the civil rights verdict and judgment against Debtor Shell Sharp.

3. However, the appeal is not yet final—the mandate has not issued, given Debtor Sharp has the right to seek rehearing from the panel or en banc and attempt to pursue further appellate relief.

4. Plaintiff will file a further notice and/or appropriate motion concerning the current stay of this action if and when the decision of the appellate court becomes final. Should Debtor Sharp (or his co-defendant) seek further appellate review, Plaintiff will of course provide the Court with notice of that development as well.

                              Respectfully submitted,

                              /s/ David B. Owens
                              Attorney for Plaintiff

David B. Owens
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
(312) 243-5900

2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on counsel of record on July 16, 2018, via the Court's CM/ECF filing system.

                                                                  /s/ David B. Owens