UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 13-40091-399 |
| | : | |
| Shell J. Sharp, | : | Chapter 7 |
| | : | |
| Debtor. | : | |

_____

| | | |
|---|---|---|
| | : | |
| MICHAEL HOLMES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adversary No. 17-04060-399 |
| | : | |
| Shell J. Sharp | : | |
| | : | |
| Defendant. | : | |
| | : | |
| : : : : : : : : : : : : : : : : : : : : : : : | | |

## **NOTICE**

NOW COMES Plaintiff, MICHAEL HOLMES, by and through his attorneys, LOEVY& LOEVY, and provides the following Notice:

1.  This Court previously ordered that Holmes provide notice of developments in the matter of *Michael Holmes v. Bobby Lee Garrett*, No. 17-1309 (8th Cir., pending).

2.  Because Sharp did not seek re-hearing from the panel or by the Eighth Circuit *en banc,* today, July 31, 2018, the mandate issued in the Eighth Circuit. *See* Exhibit 1.

3. The final remaining step in the appellate process is the 90-day period of time Sharp has for filing a writ of certiorari with the United States Supreme Court. *See* S. Ct. R. 13. That time began on July 10, 2018, the date in which the judgment was entered, *id*, making any writ of certiorari due on October 8, 2018.

Respectfully submitted,

/s/ David B. Owens
Attorney for Plaintiff

David B. Owens
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on counsel of record on July 31, 2018, via the Court's CM/ECF filing system.

/s/ David B. Owens