# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 17-1309

Michael James Holmes

Appellee

v.

Mayor Francis G. Slay, In his official capacity as a member of the Board of Police Commissioners of the St. Louis Metropolitan Police Department., et al.

Bobby Lee Garrett, In his official capacity as a member of the Board of Police Commissioners of the St. Louis Metropolitan Police Department nd individually and Shell Sharp, In his official capacity as a member of the Board of Police Commissioners of the St. Louis Metropolitan Police Department, and individually.

Appellants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-02333-HEA)

_____

**MANDATE**

In accordance with the opinion and judgment of 07/10/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 31, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit