**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-40091-399 |
| | ) | |
| Shell J. Sharp, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Michael Holmes, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 17-04060-399 |
| | ) | |
| Shell J. Sharp, | ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER CONCERNING
DISPOSITIVE MOTIONS**

On April 18, 2017, Michael Holmes filed his Complaint, commencing this adversary proceeding which is premised on the dischargeability of judgment debt from a separate federal court action.  Mr. Holmes obtained a ruling in his favor from the United States District Court for the Eastern District of Missouri in his action against Mr. Sharp.  Since Mr. Sharp appealed to the United States Court of Appeals for the Eighth Circuit, I entered an Order in this adversary proceeding instructing counsel for Mr. Holmes to advise me and counsel for Mr. Sharp of developments in the case pending before the Eighth Circuit. Counsel to Mr. Holmes advised me that the Eighth Circuit affirmed and the mandate issued in the Eighth Circuit.  Notwithstanding the fact that the appeal period to the United States Supreme Court has not expired, it is hereby

**ORDERED** that **August 22, 2018** shall be the deadline to file dispositive motions in this adversary proceeding.  It is further

**ORDERED** that the deadline to file any response to a dispositive motion shall be 21

days after the dispositive motion is filed.


DATED:  August 1, 2018

St. Louis, Missouri

Barry S. Schermer
United States Bankruptcy Judge

Copies to:

David B. Owens
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607

David Nelson Gunn
The Consumer Law Center of Saint Louis
DBA The Bankruptcy Company LLC
2025 S. Brentwood, Ste 206
Brentwood, MO 63144

Shell J. Sharp
4324 Beethoven Ave
St Louis, MO 63116

Sharis R. Sharp
4324 Beethoven Ave
St Louis, MO 63116

United States Trustee
U.S. Courthouse
111 S. 10th Street
Suite 6353
St. Louis, MO 63102

Trustee
Kristin J Conwell
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156