**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | Case No. 13-40091-399 |
| ) | |
| Shell J. Sharp, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| Michael Holmes, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adversary No. 17-04060-399 |
| ) | |
| Shell J. Sharp, ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER CONCERNING
DISPOSITIVE MOTIONS**

On April 18, 2017, Michael Holmes filed his Complaint, commencing this adversary proceeding which is premised on the dischargeability of judgment debt from a separate federal court action. Mr. Holmes obtained a ruling in his favor from the United States District Court for the Eastern District of Missouri in his action against Mr. Sharp. Since Mr. Sharp appealed to the United States Court of Appeals for the Eighth Circuit, I entered an Order in this adversary proceeding instructing counsel for Mr. Holmes to advise me and counsel for Mr. Sharp of developments in the case pending before the Eighth Circuit. Counsel to Mr. Holmes advised me that the Eighth Circuit affirmed and the mandate issued in the Eighth Circuit. Notwithstanding the fact that the appeal period to the United States Supreme Court has not expired, it is hereby

**ORDERED** that **August 22, 2018** shall be the deadline to file dispositive motions in this adversary proceeding. It is further

**ORDERED** that the deadline to file any response to a dispositive motion shall be 21 days after the dispositive motion is filed.

DATED: August 1, 2018

St. Louis, Missouri

_/s/ Barry S. Schermer_

Barry S. Schermer
United States Bankruptcy Judge

-2-

Copies to:

David B. Owens
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607

David Nelson Gunn
The Consumer Law Center of Saint Louis
DBA The Bankruptcy Company LLC
2025 S. Brentwood, Ste 206
Brentwood, MO 63144

Shell J. Sharp
4324 Beethoven Ave
St Louis, MO 63116

Sharis R. Sharp
4324 Beethoven Ave
St Louis, MO 63116

United States Trustee
U.S. Courthouse
111 S. 10th Street
Suite 6353
St. Louis, MO 63102

Trustee
Kristin J Conwell
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156

United States Bankruptcy Court
Eastern District of Missouri

Holmes,
    Plaintiff
                                            Adv. Proc. No. 17-04060-bss
Sharp,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0865-4         User: pass              Page 1 of 1              Date Rcvd: Aug 01, 2018
                           Form ID: pdfo2      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.
            +Sharis R. Sharp,   4324 Beethoven Ave.,   St. Louis, MO 63116-1512
dft        +Shell J. Sharp,   4324 Beethoven Ave,   St Louis, MO 63116-1512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion13.sl.ecf@usdoj.gov Aug 02 2018 00:44:31     Office of US Trustee,
           111 S Tenth St, Ste 6.353,   St. Louis, MO 63102-1127
           +E-mail/Text: kconwell@conwellfirm.com Aug 02 2018 00:43:47     Kristin J. Conwell,
           PO Box 56550,   St. Louis, MO 63156-0550
                                                                                         TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
            David B. Owens   on behalf of Plaintiff Michael  Holmes david@loevy.com,
       holmes@loevy.com;anne@loevy.com
            David Nelson Gunn   on behalf of Defendant Shell J. Sharp generalmail@thebkco.com,
       clcstlecf@gmail.com,stlouistbcwam@gmail.com;r51538@notify.bestcase.com
                                                                                     TOTAL: 2